*D. F. Miller* and *H. Strong* for the plaintiff—*Rankin & McCrary* for the defendant.

---

BOTKINS v. SPURGEON.

*Appeal from Warren District Court — Monday, June* 11.

STAMPS — APPEAL.

THE decision of the court was announced by —

LOWE, Ch. J. — There was a recovery in this case before a justice of the peace, against the defendant, from which he appealed to the District Court, but in doing so affixed no revenue stamp to any paper or instrument connected with his appeal. On this account, upon motion, the District Court dismissed the same; which is now assigned for error in this court. This question we have settled against the appellant, in *Hugus* v. *Strickler*, 19 Iowa, 413, upon the authority of which we must affirm the ruling of the court in the premises.

Affirmed.

*H. McNeil* for the defendant — *H. W. Maxwell* for the appellee.

---

HAMILTON v. FLOYD & UNDERWOOD.

*From Lee District Court — Monday, June* 11.

THIS case was affirmed upon the ground that the errors complained of could have wrought no prejudice to the appellant — DILLON, J., delivering the opinion of the court.

*Lomax & Browne* for the appellant — *D. F. Miller* for the appellee.